# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 5-23-MJ-5013-MAS
**Information Associated with Facebook User ID** )
**1527195497 that is Stored at Premises Controlled by** )
**Meta Platforms, Inc.** )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Northern    District of    California   
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, which is incorporated as if set forth fully herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, which is incorporated as if set forth fully herein.

**YOU ARE COMMANDED** to execute this warrant on or before    February 3, 2023    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Matthew A. Stinnett   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  **11:38 AM, Jan 20, 2023**                          *[signature: Matthew A. Stinnett]*
                                                                              *Judge's signature*

City and state:  Lexington, KY                                            Hon. Matthew A. Stinnett
                                                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5-23-MJ-5013-MAS | Date and time warrant executed: 1/23/23 @ 9:04 AM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
SA CHELSEA HOLLIDAY

Inventory of the property taken and name(s) of any person(s) seized:

KYLE PESKALO FACEBOOK RECORDS
- 1 PDF OF RECORDS (MESSAGES, POSTS, SUBSCRIBER INFO, IP LOGS)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/16/23

_Executing officer's signature_

SIMON BUTLER, SPECIAL AGENT - FBI
_Printed name and title_